UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WISCONSIN COALITION FOR
ADVOCACY, INC.

        Plaintiff,

vs.

BARRY BUSBY, Winnebago County Coroner,
in his official and individual capacities

        Defendant.

Case No. 02-C-0871

*Copy mailed to attorneys for parties by the Court pursuant to Rule 77 (d) Federal Rules of Civil Procedures. 1-2-04 cv*

## STIPULATION AND ORDER FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-referenced lawsuit, by their respective counsel, that this action may be dismissed with prejudice and without costs awarded to any party.

Dated: 12/22/03

WISCONSIN COALITION FOR ADVOCACY,

By: _____
      Attorney Todd Winstrom

Dated: 12/31/03

BARRY BUSBY, Winnebago County Coroner, in his official and individual capacities,

By: _____
      Attorney Charles H. Bohl
      Attorney Jennifer J. Kopp

# ORDER

**UPON** the foregoing Stipulation,

**IT IS ORDERED** that this matter is dismissed with prejudice and without costs awarded to any party.

DATED this 2nd day of January, 2003.

BY THE COURT:

*William C. Griesbach*
The Honorable William C. Griesbach
United States District Court Judge

2